# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 456 MAL 2016

           Respondent    :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

           v.    :

RONALD WEST HARSHMAN,    :

           Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.